**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 310 EAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
BRIAN BUTLER, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.